UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-4785 FMO (MRWx) | Date | **October 12, 2017** |
|---|---|---|---|
| Title | **Samuel Zarian v. Thomas Relis, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Raymond G. Ballister, Jr. | Ani Andriassian, Pro Se for Custom Laundry & Cleaners, Inc. |

**Proceedings:**   Applications for Default Judgment [16] and [18]

The court and parties confer as stated on the record. The court notes that no appearance is made on behalf of defendant Thomas Relis.

The court **denies** plaintiff's Applications for Default Judgment (Dkt. Nos. 16 and 18) without prejudice.

A separate order will be issued re: further proceedings.

IT IS SO ORDERED.

|  | 00 | : | 13 |
|---|---|---|---|
| Initials of Preparer | | vdr | |