# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-4785 FMO (Ex) | Date | January 5, 2018 |
|---|---|---|---|
| Title | Samuel Zarian v. Thomas Relis, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Order to Show Cause re: Service of First Amended Complaint

Having reviewed Plaintiff's Response to Order to Show Cause (Dkt. 29, "Response"), the court notes that plaintiff was less than diligent in attempting to serve the FAC on defendant Jacklin Relis ("Relis") since the FAC was filed on November 2, 2017, but attempts to serve Relis did not begin until December 22, 2017. (See id. at ¶ 3; Dkt. 24, FAC). However, the court will give plaintiff one final opportunity to serve Relis. Accordingly, IT IS ORDERED that:

1. No later than **February 16, 2018**, plaintiff shall file a proof of service of summons and FAC on Relis. Failure to file a proof of service with respect to Relis shall result in the dismissal of Relis from the action for failure to effect service, failure to prosecute and failure to comply with a court order. See Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

2. The order to show cause is continued pending compliance with paragraph one.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |